## 5410.

### ANTOINE SURRATT VS. FRANCIS FERNANDEZ.

Interest, not having been demanded in the petition, will not be allowed by this court on a prayer for amendment of the judgment of the lower court.

APPEAL from the Fourth District Court of New Orleans. LYNCH, J.

---

New Orleans *vs.* Adler.   Same *vs.* Marx.

---

*Livaudais* for Plaintiff.   *Michel* for Defendant Appellant.

MANNING, C. J.   This suit is upon a partnership account, and for its settlement.

The lower court gave judgment for the plaintiff without interest, and the plaintiff prays an amendment in that respect.   It was not demanded in the petition, and cannot be allowed.

*Judgment affirmed.*